UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELIA ROBERTS, | ) | CASE NO. 1:20CV1734 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | <u>MEMORANDUM OF OPINION</u> |
| COMMISSIONER OF SOCIAL | ) | <u>AND ORDER</u> |
| SECURITY ADMINSTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

On December 8, 2021, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 21) recommending that the Court AFFIRM the Commissioner's decision.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service. No objections have been filed. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The decision of the Commissioner is hereby AFFIRMED.

IT IS SO ORDERED.

Dated: <u>January 31, 2022</u>    <u>/s/John R. Adams</u>
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE